NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1371

EKINCILER DEMIR VE CELIK SANYI A.S.
and EKINCILER DIS TICARET A.S.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

NUCOR CORPORATION, GERDAU AMERISTEEL, INC.,
and COMMERCIAL METALS COMPANY,

Defendants-Appellees.


Myles S. Getlan, Arent Fox LLP, of Washington, DC, argued for plaintiffs-appellants.  With him on the brief were Matthew M. Nolan and Diana Dimitriuc Quaia.

Richard P. Schroeder, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for argued defendant-appellee United States.  With him on the brief were Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director.

John R. Shane, Wiley Rein LLP, of Washington, DC, for defendants-appellees Nucor Corporation, et al.  With him on the brief was Maureen E. Thorson.

Appealed from:  United States Court of International Trade

Senior Judge R. Kenton Musgrave

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1371

EKINCILER DEMIR VE CELIK SANYI A.S.
and EKINCILER DIS TICARET A.S.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee,

and

NUCOR CORPORATION, GERDAU AMERISTEEL, INC.,
and COMMERCIAL METALS COMPANY,

Defendants-Appellees.

# Judgment

ON APPEAL from the       United States Court of International Trade

in CASE NO(S).       06-00440

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (GAJARSA, MOORE, Circuit Judges, and ARTERTON, District Judge).*

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED February 6, 2009       /s/ Jan Horbaly
                             Jan Horbaly, Clerk

---

    * Honorable Janet Bond Arterton, District Judge, United States District Court for the District of Connecticut, sitting by designation.